DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-mj-0227 DAD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING** |
| v. | |
| MICHAEL GARCIA, | |
| Defendant. | |

   The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant MICHAEL GARCIA, by and through his counsel of record, Lexi Negin, Esq., respectfully request that the Preliminary Examination currently set for August 18, 2010, be continued and heard on **Friday, September 3, 2010, at 2:00 p.m**. The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel represents that she needs additional time to review discovery, meet with the client, and meet

/ / /

/ / /

/ / /

with the government to discuss case status and possible resolution. The defendant is aware of the request for continuance and approves it.

Dated: August 12, 2010

                Respectfully submitted,

BENJAMIN B. WAGNER              DANIEL J. BRODERICK
United States Attorney          Federal Defender


*/s/ Lexi Negin for*             */s/ Lexi Negin*
ROBIN TAYLOR                     LEXI NEGIN
Assistant U.S. Attorney         Assistant Federal Defender
Attorney for United States       Attorney for Defendant
                                       MICHAEL GARCIA

## **O R D E R**

For good cause shown above,

**IT IS SO ORDERED.** It is further ordered that the Speedy Trial Act, 18 U.S.C. § 3161, and specifically (b) is tolled pursuant to (h)(7)(B)(iv) for the reasons set forth by counsel which satisfy (h)(7)(A).

Dated: August 16, 2010

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              United States Magistrate Judge

garcia227.eot