1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-mj-0227 DAD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
|  | ) **PRELIMINARY HEARING** |
| v. | ) |
| MICHAEL GARCIA, | ) |
| Defendant. | ) |

The United States of America, through counsel of record, Assistant United States Attorney Robin Taylor, and defendant MICHAEL GARCIA, by and through his counsel of record, Lexi Negin, Esq., respectfully request that the Preliminary Examination currently set for September 3, 2010, be continued and heard on **Friday, September 17, 2010, at 2:00 p.m.** The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d). Defense counsel represents that she is awaiting to receive additional discovery, and needs additional

/ / /

/ / /

/ / /

time to review the discovery, meet with the client, and meet with the government to discuss case status and possible resolution.  The defendant is aware of the request for continuance and approves it.


Dated: August 25, 2010

                  Respectfully submitted,


BENJAMIN B. WAGNER                DANIEL J. BRODERICK
United States Attorney            Federal Defender


/s/ Lexi Negin for                /s/ Lexi Negin
ROBIN TAYLOR                      LEXI NEGIN
Assistant U.S. Attorney           Assistant Federal Defender
Attorney for United States        Attorney for Defendant
                                  MICHAEL GARCIA



**O R D E R**

   For good cause shown above,

   **IT IS SO ORDERED.**

Dated: August 26, 2010

                                  /s/ Gregory G. Hollows

                                  _____
                                  GREGORY G. HOLLOWS
                                  United States Magistrate Judge

garcia227.eot2