```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LEXI NEGIN, Bar #250376
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-mj-00227 DAD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING** |
| v. | |
| MICHAEL GARCIA, | |
| Defendant. | |

The United States of America, through counsel of record, Assistant United States Attorney Robin Taylor, and defendant MICHAEL GARCIA, by and through his counsel of record, Lexi Negin, Esq., respectfully request that the Preliminary Examination currently set for September 17, 2010 before Magistrate Judge Edmund F. Brennan be continued and heard on **Monday, October 18, 2010, at 2:00 p.m.** before Magistrate Judge Dale A. Drozd. The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel represents that she is awaiting to receive additional discovery, and needs additional

/ / /

/ / /

/ / /

time to review the discovery, meet with the client, and meet with the government to discuss case status and possible resolution.  The defendant is aware of the request for continuance and approves it.

Dated: September 10, 2010

                Respectfully submitted,

BENJAMIN B. WAGNER                DANIEL J. BRODERICK
United States Attorney            Federal Defender


*/s/ Lexi Negin for*                */s/ Lexi Negin*
ROBIN TAYLOR                        LEXI NEGIN
Assistant U.S. Attorney           Assistant Federal Defender
Attorney for United States        Attorney for Defendant
                                            MICHAEL GARCIA

**O R D E R**

    For good cause shown above,

    **IT IS SO ORDERED.**

Dated: September 10, 2010

                                          /s/ Kendall J. Newman
                                          KENDALL J. NEWMAN
                                          United States Magistrate Judge