1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-mj-0227 DAD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| v. | ) **PRELIMINARY HEARING** |
| MICHAEL GARCIA, | ) |
| Defendant. | ) |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant MICHAEL GARCIA, by and through his counsel of record, Lexi Negin, Esq., respectfully request that the Preliminary Examination currently set for October 18, 2010, be continued and heard on **Monday, November 8, 2010, at 2:00 p.m.** The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed. R. Crim. P. Rules 5.1 and 5.1(d).  Defense counsel represents that she needs additional time to review discovery, meet with the client, and meet

/ / /
/ / /
/ / /

with the government to discuss case status and possible resolution. The defendant is aware of the request for continuance and approves it.

Dated: October 6, 2010

                Respectfully submitted,

BENJAMIN B. WAGNER            DANIEL J. BRODERICK
United States Attorney       Federal Defender


*/s/ Lexi Negin for*             */s/ Lexi Negin*
ROBIN R. TAYLOR                LEXI NEGIN
Assistant U.S. Attorney      Assistant Federal Defender
Attorney for United States    Attorney for Defendant
                                      MICHAEL GARCIA

**O R D E R**

    For good cause shown above,

    **IT IS SO ORDERED.**

Dated: October 7, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                -2-