DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-mj-00227 DAD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING** |
| v. | |
| MICHAEL GARCIA, | |
| Defendant. | |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant MICHAEL GARCIA, by and through his counsel of record, Lexi Negin, Esq., respectfully request that the Preliminary Examination currently set for November 8, 2010, be continued and heard on **Monday, December 6, 2010, at 2:00 p.m.** The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel represents that she needs additional time to review discovery, meet with the client, and meet

/ / /

/ / /

/ / /

1  with the government to discuss case status and possible resolution.
2  The defendant is aware of the request for continuance and approves it.
3
4  Dated: November 4, 2010
5             Respectfully submitted,
6
7  BENJAMIN B. WAGNER              DANIEL J. BRODERICK
   United States Attorney          Federal Defender
8
9  /s/ Lexi Negin for              /s/ Lexi Negin
   ROBIN R. TAYLOR                 LEXI NEGIN
10 Assistant U.S. Attorney         Assistant Federal Defender
   Attorney for United States      Attorney for Defendant
11                                 MICHAEL GARCIA
12
13
14                            **O R D E R**
15
16      For good cause shown above,
17      **IT IS SO ORDERED.**
18 Dated: November 5, 2010.
19
20                                    _____
21                                    U.S. MAGISTRATE JUDGE
22
23
24
25
26
27
28

Stipulation and Order                -2-