```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LEXI NEGIN, Bar #250376
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL GARCIA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )   No. 10-mj-00227 DAD
                                  )
12                  Plaintiff,    )   STIPULATION AND [PROPOSED] ORDER
                                  )   CONTINUING PRELIMINARY HEARING
13        v.                      )
                                  )
14  MICHAEL GARCIA,               )
                                  )
15                  Defendant.    )
                                  )
16  _____  )
```

17        The United States of America, through counsel of record, Assistant
18  United States Attorney Robin R. Taylor, and defendant MICHAEL GARCIA,
19  by and through his counsel of record, Lexi Negin, Esq., respectfully
20  request that the Preliminary Examination currently set for December 6,
21  2010, be continued and heard on **Monday, January 24, 2011, at 2:00 p.m,**
22  before Magistrate Dale A. Drozd.  The defendant consents to the
23  extension of time and stipulates that there is good cause for the
24  continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense
25  counsel represents that she needs additional time to review discovery,
26  meet with the client, and meet
27  ///
28  ///

1  / / /
2  with the government to discuss case status and possible resolution.
3  The defendant is aware of the request for continuance and approves it.

5  Dated: December 3, 2010

6             Respectfully submitted,

8  BENJAMIN B. WAGNER           DANIEL J. BRODERICK
   United States Attorney         Federal Defender

11  _/s/ Lexi Negin for_           _/s/ Lexi Negin_
   ROBIN R. TAYLOR              LEXI NEGIN
   Assistant U.S. Attorney        Assistant Federal Defender
12  Attorney for United States      Attorney for Defendant
                                        MICHAEL GARCIA

15
16                           **O R D E R**

18      For good cause shown above,
    **IT IS SO ORDERED.**
19  Dated: December 3, 2010

                                    _/s/ Dale A. Drozd_
22                                     DALE A. DROZD
                                    United States Magistrate Judge