DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00061-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| MICHAEL GARCIA, | |
| Defendant. | |

This case is currently scheduled for a status hearing on March 24, 2011. The attorneys for both parties have conferred and agree that this case is likely to result in a plea agreement. However, additional time is needed for defense to research and review certain more recent sentencing enhancements that are contemplated as part of a proposed resolution in this case.

Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare her client's defense taking into account due diligence. The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Thursday, March 24, 2011, be continued until Thursday, April 14, 2011.

1

In addition, the parties stipulate that the time period from March 24, 2011, to April 14, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

DATED: March 23, 2011

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

By:
/s/ Lexi Negin for                   /s/ Lexi Negin
TODD PICKLES                         LEXI NEGIN
Assistant U.S. Attorney              Assistant Federal Defender
Attorney for United States           Attorney for Michael Garcia

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL GARCIA,<br><br>　　　　　　Defendant.<br>_____ | No. 11-CR-00061 MCE<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

　　　Based on the reasons set forth in the stipulation of the parties filed on March 23, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, March 24, 2011,  be vacated and that the case be set for **Thursday, April 14, 2011, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 23, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from March 24, 2011, through April 14, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:  March 23, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2