```
BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900

For the UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL GARCIA,<br><br>　　　　　　Defendant.<br>_____ | CR. No. 2:11-CR-00061 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>**[18 U.S.C. § 3161(h)]** |

　　　This case is currently scheduled for a status hearing on May 19, 2011. Counsel for defendant was appointed on April 14, 2011. Counsel for the United States has communicated with counsel for defendant, and has been informed that counsel for defendant needs additional time to review the discovery provided in this case and prepare for his client's defense.

　　　Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due diligence.

1

1  The parties further stipulate and agree that the ends of justice to
2  be served by granting the requested continuance outweigh the best
3  interests of the public and the defendant in a speedy trial.  The
4  parties, through their respective counsel, hereby stipulate and
5  agree that the status conference scheduled in this case for
6  Thursday, May 19, 2011, should be continued until Thursday, July 7,
7  2011 at 9:00 a.m.  In addition, the parties stipulate that the time
8  period from May 19, 2011, to July 7, 2011, should be excluded under
9  the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and
10 Local Code T4, due to the need to provide defense counsel with the
11 reasonable time to prepare.  A proposed order is attached and lodged
12 separately for the Court's convenience.

                                        Respectfully submitted,

DATED: May 12, 2011                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: */s/ Todd A. Pickles*
                                            TODD A. PICKLES
                                            Assistant U.S. Attorney

                                        For the United States of America

DATED: May 12, 2011

                                        By: */s/ Todd A. Pickles for*
                                            ROBERT HOLLEY

                                        For Defendant Michael Garcia

```
 1
 2                     IN THE UNITED STATES DISTRICT COURT
 3                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 4
 5  UNITED STATES OF AMERICA,      ) No. 2:11-CR-00061-MCE
                                   )
 6                  Plaintiff,     )
                                   )
 7       v.                        ) ORDER TO CONTINUE STATUS HEARING
                                   ) AND TO EXCLUDE TIME UNDER THE
 8                                 ) SPEEDY TRIAL ACT
                                   )
 9  MICHAEL GARCIA,                ) [18 U.S.C. § 3161(h)]
                                   )
10                  Defendant.     )
                                   )
11                                 )
                                   )
12  _____)
```

13    Based on the reasons set forth in the stipulation of the
14 parties filed on May 12, 2011, and good cause appearing therefrom,
15 the Court adopts the stipulation of the parties in its entirety.
16    IT IS HEREBY ORDERED that the status conference currently
17 scheduled for Thursday, May 19, 2011, is VACATED and that the case
18 is SET for a status hearing on **Thursday, July 7, 2011**, at **9:00 a.m.**
19    The Court further finds that the ends of justice that will be
20 served by granting a continuance outweigh the best interests of the
21 public and the defendant in a speedy trial.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    Accordingly, IT IS HEREBY ORDERED that, for the reasons stated
2 in the parties' May 12, 2011, stipulation, the time within which the
3 trial of this matter must be commenced under the Speedy Trial Act is
4 EXCLUDED during the time period from May 19, 2011, through July 7,
5 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local
6 Code T4, due to the need to provide defense counsel with the
7 reasonable time to prepare taking into account due diligence.
8    IT IS SO ORDERED.

Dated: May 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE