```
BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900

For the UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. 2:11-CR-00061 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| | ) **[18 U.S.C. § 3161(h)]** |
| MICHAEL GARCIA, | ) |
| Defendant. | ) |

This case is currently scheduled for a status hearing on July 7, 2011. Counsel for the United States has communicated with counsel for defendant, and has been informed that counsel for defendant needs additional time to review the discovery provided in this case and to prepare for his client's defense.

Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due diligence.

///

1

1 | The parties further stipulate and agree that the ends of justice to
2 | be served by granting the requested continuance outweigh the best
3 | interests of the public and the defendant in a speedy trial.  The
4 | parties, through their respective counsel, hereby stipulate and
5 | agree that the status conference scheduled in this case for
6 | Thursday, July 7, 2011, should be continued until Thursday, August
7 | 25, 2011 at 9:00 a.m.  In addition, the parties stipulate that the
8 | time period from July 7, 2011, to August 25, 2011, should be
9 | excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and
10 | (B)(iv), and Local Code T4, due to the need to provide defense
11 | counsel with the reasonable time to prepare.  A proposed order is
12 | attached and lodged separately for the Court's convenience.

Respectfully submitted,

DATED: July 5, 2011                BENJAMIN B. WAGNER
                                   United States Attorney

                                   By: */s/ Todd A. Pickles*
                                   TODD A. PICKLES
                                   Assistant U.S. Attorney

                                   For the United States of America

DATED: July 5, 2011

                                   By: */s/ Todd A. Pickles for*
                                   ROBERT HOLLEY

                                   For Defendant Michael Garcia

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>MICHAEL GARCIA,<br><br>              Defendant. | CR. No. 2:11-CR-00061 MCE<br><br>ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>**[18 U.S.C. § 3161(h)]** |

Based on the reasons set forth in the stipulation of the parties filed on July 5, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, July 7, 2011, is VACATED and that the case is SET for a status hearing on **Thursday, August 25, 2011**, at **9:00 a.m.**

The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 5, 2011 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from July 7, 2011, through August 25, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

   IT IS SO ORDERED.

Dated: July 11, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE