Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-2213

Counsel for MICHAEL GARCIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-00061 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE/ENTRY OF PLEA |
| ) | |
| MICHAEL GARCIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**REASONS FOR REQUEST**

This matter is currently scheduled for a status conference on August 25, 2011 at 9:00 a.m. Counsel for the defense needs additional time in connection with a myriad of guideline considerations requiring both legal research as well as an in depth review of an extremely large amount of discovery received in connection with those issues. The parties have met and conferred and appear to be close to a settlement but the defense needs further time to evaluate some rather complex legal questions. The government as graciously agreed to stipulate to the additional needed time. Both parties are anticipating an amicable settlement without the necessity of taking this matter to jury trial.

The defense can assure the Court that this will be the last request for a continuance in this matter and that the next appearance will be for either entry of plea on a negotiated settlement or the setting of trial.

**STIPULATION**

For the reasons set forth above, it is hereby stipulated by and between the parties hereto through their respective counsel that the date presently scheduled for the next appearance in this case be continued from Thursday, August 25, 2011 at 9:00 a.m. to **Thursday, September 29, 2011 at 9:00 a.m.** for entry of plea or trial setting.

The parties further stipulate that all time included in this request for continuance is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due diligence.  The parties further stipulate and agree that the ends of justice that will be served by granting of this requested continuance outweigh the best interests of the public and the defendant to a speedy trial.  The parties further stipulate that all time included in this request be excluded under the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

**Dated: May 18, 2011**

**/s/ *Mr. Todd A. Pickles* (by RMH)**
**Assistant United States Attorney**
**Counsel the United States**


**/s/ *Mr. Robert M. Holley, Esq.***
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Garcia**

2

**ORDER**

**GOOD CAUSE APPEARING,** the above calendaring change with respect to the defendant's scheduled status conference/entry of plea, with the stipulated provisions for exclusion of time under the Federal Speedy Trial Act **IS SO ORDERED.** The Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3