```
BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00061-MCE |
| Plaintiff,             ) | PRELIMINARY ORDER OF FORFEITURE |
| v.                     ) | |
| MICHAEL GARCIA,        ) | |
| Defendant.             ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Michael Garcia, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

   1.  Pursuant to 18 U.S.C. § 982(a)(2)(B) and 1029(c)(1)(C), defendant Michael Garcia's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a)  Lap top computer; and
   b)  Card scanner/reader.

   2.  The above-listed property was used, in any matter or part to commit or to facilitate the commission of a violation of 18 U.S.C. § 1030(a)(4) and 18 U.S.C. § 1029(a)(2).

1   3.  Pursuant to Rule 32.2(b), the Attorney General (or a
2  designee) shall be authorized to seize the above-listed property.
3  The aforementioned property shall be seized and held by the U. S.
4  Secret Service, in its secure custody and control.
5   4.  a.  Pursuant to 18 U.S.C. §§ 982(b)(1) and 1029(c)(2),
6  incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United
7  States shall publish notice of the order of forfeiture.  Notice
8  of this Order and notice of the Attorney General's (or a
9  designee's) intent to dispose of the property in such manner as
10 the Attorney General may direct shall be posted for at least 30
11 consecutive days on the official internet government forfeiture
12 site www.forfeiture.gov.  The United States may also, to the
13 extent practicable, provide direct written notice to any person
14 known to have alleged an interest in the property that is the
15 subject of the order of forfeiture as a substitute for published
16 notice as to those persons so notified.
17      b.  This notice shall state that any person, other than
18 the defendant, asserting a legal interest in the above-listed
19 property, must file a petition with the Court within sixty (60)
20 days from the first day of publication of the Notice of
21 Forfeiture posted on the official government forfeiture site, or
22 within thirty (30) days from receipt of direct written notice,
23 whichever is earlier.
24 ///
25 ///
26 ///
27 ///
28 ///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: October 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE