1  Robert M. Holley
   Attorney at Law
2  State Bar No. 50769
   331 J Street, Suite 200
3  Sacramento, California 95814
   Telephone:  (916) 443-2213
4
   Counsel for MICHAEL GARCIA
5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,       )  No. 2:11-cr-00061 MCE
12                                  )
                 Plaintiff,         )  REQUEST FOR CONTINUANCE OF
13                                  )  JUDGMENT AND SENTENCING
        v.                          )
14                                  )  Date: 3/22/2012
   MICHAEL GARCIA,                  )  Time: 9:00 a.m.
15                                  )  Courtroom: Judge England
                 Defendant.         )
16 _____  )

17

18         The above matter is scheduled for judgement and sentencing on

19 3/22/2012.  Based upon the complexity of this case and the issues

20 presented by the first draft of the presentence report, counsel for the

21 defense needs additional time within which to prepare objections.

22 Accordingly, this request is made and agreed to by both parties and the

23 probation officer assigned to this case.  The following proposed

24 sentencing schedule is offered.

25
            Judgment and sentencing Date:        04/12/2012
26

27          Reply, or Statement of Non-Opposition: 04/05/2012

28

```
        Motion for Correction of the Presentence
        Report shall be filed with the Court and
        served on the Probation Officer and
        Opposing counsel no later than:         03/29/2012

        The Presentence Report shall be filed
        with the Court and disclosed to counsel
        no later than:                          03/22/2012

        Counsel's written objections to the
        Presentence Report shall be delivered
        to the Probation Officer and opposing
        counsel no later than:                  03/15/2012
```

                                        Respectfully submitted,


                                        *Robert M. Holley*


                                        Robert M. Holley
                                        Counsel for Mr. Michael Garcia


IT IS SO ORDERED.

Dated: March 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2