1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   2:11-CR-00061-MCE
                                )
12          Plaintiff,           )   FINAL ORDER OF FORFEITURE
                                )
13      v.                       )
                                )
14 MICHAEL GARCIA,              )
                                )
15                              )
            Defendant.           )
16 _____)

17      WHEREAS, on or about October 27, 2011, this Court entered a
18 Preliminary Order of Forfeiture pursuant to the provisions of 18
19 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1029(c)(1)(C) based upon
20 the plea agreement entered into between plaintiff and defendant
21 Michael Garcia and the finding of forfeiture by the Court
22 forfeiting to the United States the following property:
23          a)   Lap top computer; and
24          b)   Card scanner/reader.
25 ///
26 ///
27 ///
28

1   AND WHEREAS, beginning on October 29, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

   AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

   Accordingly, it is hereby ORDERED and ADJUDGED:

   1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to  18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1029(c)(1)(C), to be disposed of according to law, including all right, title, and interest of Michael Garcia.

   2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

   3.  The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

   IT IS SO ORDERED.

DATED: June 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE