BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL GARCIA,<br><br>　　　　　　　　Defendant. | Case No. 2:11-cr-00061 MCE<br><br>**STIPULATION TO CONTINUE RESTITUTION HEARING;  ORDER**<br><br>Date:　August 23, 2012<br>Time:　9:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr.<br>Place:　Courtroom 7, 14th Floor |

　　　　The United States, through the undersigned counsel, and defendant Michael Garcia, through his undersigned counsel, hereby stipulate and jointly request that the Restitution Hearing currently on calendar for August 23, 2012, be continued to October 18, 2012, for good cause showing.

　　　　1.　　　On October 4, 2012, defendant Michael Garcia pled guilty to two counts in the information charging him with violations of 18 U.S.C. §1029 -- Fraud in Connection with Access Device, and 18 U.S.C. § 1030 -- Fraud in Connection with Computers.  On May 31, 2012, this Court sentenced defendant to fifty-seven months imprisonment, thirty-six months supervised release, and to pay a special assessment in the amount of $200.  The Court further stated that restitution would be determined at a later date based on the recommendation received by the Probation Office, and set the date for any restitution hearing for August 2, 2012.  The date was further continued to August 23, 2012.

Stipulation to Continue Restitution Hearing And
[Proposed] Order

1

2.     On August 15, 2012, the Probation Officer provided to the parties her memorandum which proposed restitution along with the list of victims and the amounts of restitution to be awarded to each victim.

3.     Counsel for the United States has contacted counsel for defendant, and understands that defense counsel needs additional time to review the proposed restitution, including communicating with his client who is currently housed in an Bureau of Prisons facility in Texas, and to possibly prepare a response.

4.     For the foregoing reasons, the parties stipulate and jointly request that the matter be continued to October 18, 2012.  The parties shall file any objections to the recommended restitution on or before October 10, 2012, with any response to objections to be filed by October 15, 2012.

5.     The parties further stipulate that the time between August 23, 2012 and October 18, 2012, be excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due to the defendant's counsel's need to review and possibly prepare a response to the proposed restitution.

Dated:  August 22, 2012                        Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                           By:*/s/ Todd A. Pickles*
                                                  TODD A. PICKLES
                                                  Assistant U.S. Attorney

                                                  For the United States of America

                                           By:*/s/ Todd A. Pickles for*
                                                  ROBERT HOLLEY

                                                  For defendant Michael Garcia

**ORDER**

This matter comes before the Court on the parties Stipulation to Continue Restitution Hearing. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation and GRANTS the parties' request. The restitution hearing set for August 23, 2012 is hereby CONTINUED to October 18, 2012 at 9:00 a.m. The time between August 23, 2012, and October 18, 2012 is excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due defendant's counsel's need to review and possibly prepare a response to the Probation Office's recommended restitution.

IT IS SO ORDERED.

DATED: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Restitution Hearing And
[Proposed] Order