BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL GARCIA,<br><br>　　　　　　Defendant. | Case No. 2:11-cr-00061 MCE<br><br>**STIPULATION TO CONTINUE RESTITUTION HEARING AND ORDER**<br><br>Date:　December 7, 2012<br>Time:　10:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr.<br>Place:　Courtroom 7, 14th Floor |

　　　　The United States, through the undersigned counsel, and defendant Michael Garcia, through his undersigned counsel, hereby stipulate and jointly request that the Restitution Hearing currently on calendar for December 7, 2012, be continued to January 31, 2013, for good cause showing.

　　　　1.　　On October 4, 2012, defendant Michael Garcia pled guilty to two counts in the information charging him with violations of 18 U.S.C. §1029 -- Fraud in Connection with Access Device, and 18 U.S.C. § 1030 -- Fraud in Connection with Computers.  On May 31, 2012, this Court sentenced defendant to fifty-seven months imprisonment, thirty-six months supervised release, and to pay a special assessment in the amount of $200.  The Court further stated that restitution would be determined at a later date based on the recommendation received by the Probation Office, and set the date for any restitution hearing for August 2, 2012.  The date was further continued to August 23, 2012.

Stipulation to Continue Restitution Hearing And Order

1

2.	On August 15, 2012, the Probation Officer provided to the parties her memorandum which proposed restitution along with the list of victims and the amounts of restitution to be awarded to each victim.

3.	Counsel for the United States has contacted counsel for defendant, and understands that defense counsel needs additional time to review the proposed restitution and to possibly prepare a response.  It is anticipated that the parties will submit the matter on papers without need for further hearing, unless as required by the Court.

4.	For the foregoing reasons, the parties stipulate and jointly request that the matter be continued to January 31, 2013.  The parties shall file any objections to the recommended restitution on or before January 17, 2013, with any response to objections to be filed by January 24, 2013.

5.	The parties further stipulate that the time between December 7, 2012 and January 31, 2013, be excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due to the defendant's counsel's need to review and possibly prepare a response to the proposed restitution.

Dated:  December 4, 2012                           Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

                                                By:*/s/ Todd A. Pickles*
                                                   TODD A. PICKLES
                                                   Assistant U.S. Attorney

                                                   For the United States of America

                                                By:*/s/ Todd A. Pickles for*
                                                   ROBERT HOLLEY

                                                   For defendant Michael Garcia

**ORDER**

This matter comes before the Court on the parties Stipulation to Continue Restitution Hearing. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation and GRANTS the parties' request. The restitution hearing set for December 7, 2012 is hereby CONTINUED to January 31, 2013 at 9:00 a.m. The time between December 7, 2012, and January 31, 2013 is excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due defendant's counsel's need to review and possibly prepare a response to the Probation Office's recommended restitution.

IT IS SO ORDERED.

Dated: December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE