BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL GARCIA,<br><br>        Defendant. | Case No. 2:11-cr-00061 MCE<br><br>**STIPULATION TO CONTINUE RESTITUTION HEARING AND ORDER**<br><br>Date:      January 31, 2013<br>Time:     9:00 a.m.<br>Judge:    Hon. Morrison C. England, Jr.<br>Place:    Courtroom 7, 14th Floor |

   The United States, through the undersigned counsel, and Defendant Michael Garcia, through his undersigned counsel, hereby stipulate and jointly request that the Restitution Hearing currently on calendar for January 31, 2013, be continued to March 14, 2013, for good cause showing.

   1.   On October 4, 2012, defendant Michael Garcia pled guilty to two counts in the information charging him with violations of 18 U.S.C. §1029 -- Fraud in Connection with Access Device, and 18 U.S.C. § 1030 -- Fraud in Connection with Computers.  On May 31, 2012, this Court sentenced defendant to fifty-seven months imprisonment, thirty-six months supervised release, and to pay a special assessment in the amount of $200.  The Court further stated that restitution would be determined at a later date based on the recommendation received by the Probation Office, and set the date for any restitution hearing for August 2, 2012.  The date was further continued to August 23, 2012.

2. On August 15, 2012, the Probation Officer provided to the parties her memorandum which proposed restitution along with the list of victims and the amounts of restitution to be awarded to each victim.  The matter has been continued numerous times at the request of the defendant; proposed continuances to which the United States has previously agreed.

3. Counsel for the United States has contacted counsel for defendant.  Defense counsel has requested to continue the matter as he needs additional time to review the proposed restitution and to possibly prepare a response.  In particular, defense counsel has informed the undersigned that he has been in communication with his client within the past few weeks, and is expecting to receive shortly documentation from his client that is necessary to complete the response to the proposed restitution.  It is anticipated that the parties will submit the matter on papers without need for further hearing, unless as required by the Court.

4. The United States has agreed to defendant's request in light of the representation that information will be received soon that will permit this matter to be submitted for resolution by the Court.  The United States will oppose any further requests for a continuance.

5. For the foregoing reasons, the parties stipulate and jointly request that the matter be continued to March 14, 2013.  The parties shall file any objections to the recommended restitution on or before February 28, 2013, with any response to objections to be filed by March 7, 2013.

6. The parties further stipulate that the time between January 31, 2013 and March 14, 2013, be excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due to the defendant's counsel's need to review and possibly prepare a response to the proposed restitution.

///

///

///

2

1  IT IS SO STIPULATED.

2  Dated:  January 29, 2013                          Respectfully submitted,

3                                                                BENJAMIN B. WAGNER
                                                                 United States Attorney
4

5                                                           By: */s/ Todd A. Pickles*
                                                                 TODD A. PICKLES
6                                                                Assistant U.S. Attorney

7                                                                For the United States of America

8
                                                            By: */s/ Todd A. Pickles for*
9                                                                ROBERT HOLLEY

10                                                               For defendant Michael Garcia

3

**ORDER**

  This matter comes before the Court on the parties Stipulation to Continue Restitution Hearing.  Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation and GRANTS the parties' request.  The restitution hearing set for January 31, 2013, is hereby CONTINUED to March 14, 2013, at 9:00 a.m.  The time between January 31, 2013, and March 14, 2013, is excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due Defendant's counsel's need to review and possibly prepare a response to the Probation Office's recommended restitution.

  IT IS SO ORDERED.

Dated: February 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE