UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | RE: Michael David Garcia<br>Docket Number: 2:11CR00061-01<br>**<u>DISPOSITIONAL HEARING</u>**<br>**<u>CONTINUANCE REQUEST</u>** |

Your Honor:

The above matter is scheduled for a Dispositional Hearing on February 8, 2018, at 10:00 a.m. All parties have agreed to a continuance of the hearing to February 22, 2018, at 10:00 a.m.

Respectfully requesting the Court grant the continuance.

Respectfully submitted,

*/s/ Molly McSorley*

**Molly McSorley**
**United States Probation Officer**

Dated: January 24, 2018
Modesto, California
MM/lr

**REVIEWED BY:** */s/ Brenda Barron-Harrell*
**Brenda Barron-Harrell**
**Supervising United States Probation Officer**

---

ORDER OF THE COURT

☒ Approved   ☐ Disapproved

Dated: January 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

cc: Owen Roth
Assistant United States Attorney

Robert M. Holley
Defense Counsel

REV. 03/2017